McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7294

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F. 05-0161 OWW |
| ) | |
| Plaintiff, ) | PROPOSED ORDER |
| ) | |
| v. ) | |
| ) | |
| JUAN TREJO, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Having considered the government's request to remove the stay and withdraw its motion to revoke the Magistrate Judge's release order in this matter,

IT IS HEREBY ORDERED that the Magistrate Judge's order setting conditions for release of the above-named defendant be reinstated.

IT IS FURTHER ORDERED that the December 7 hearing on said motion be vacated.

Dated: December 2  , 2005          /s/ OLIVER W. WANGER
                                   OLIVER W. WANGER
                                   U.S. District Judge

1