McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare St.
Fresno, CA 93619

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-0161 OWW |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JUAN TREJO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

At the July 9 hearing on the government's motions for reciprocal discovery and request for preclusion order and for pretrial authentication regarding the intercepts and transcripts, the Court made the following findings and rulings.

Having considered the government's motion for reciprocal discovery and request for preclusion order, and in light of the fact that the defendant produced reciprocal discovery to the government at the hearing,

IT IS HEREBY ORDERED that the government's request for a preclusion order is DENIED without prejudice to renewal in the

1

event that the defendant produces additional material subject to reciprocal discovery.

Having considered the government's motion for the pretrial authentication of the intercepts and transcripts which it indicated that it intends to introduce at trial, and in light of the defendant's stipulation to the admissibility of these items,

IT IS HEREBY ORDERED that the following exhibits are admissible in evidence at trial:

| EXHIBIT # | DESCRIPTION OF EXHIBIT |
|---|---|
| 1-a | Intercepts of Calls #304, 314, 316, 317, 321, 322, 323, 324, 325, 326, 327, 328, 332, 334, and 336 on a telephone used by Oscar Rosales. |
| 1-a-1 | Transcript of Call #304 |
| 1-a-2 | Transcript of Call #314 |
| 1-a-3 | Transcript of Call #316 |
| 1-a-4 | Transcript of Call #317 |
| 1-a-5 | Transcript of Call #321 |
| 1-a-6 | Transcript of Call #322 |
| 1-a-7 | Transcript of Call #323 |
| 1-a-8 | Transcript of Call #324 |
| 1-a-9 | Transcript of Call #325 |
| 1-a-10 | Transcript of Call #326 |
| 1-a-11 | Transcript of Call #327 |
| 1-a-12 | Transcript of Call #328 |
| 1-a-13 | Transcript of Call #332 |

////
////
////

```
1-a-14          Transcript of Call #334
1-a-15          Transcript of Call #336
```

**IT IS SO ORDERED.**

**Dated:   July 10, 2007**                              **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE