BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655

Attorney for Juan Trejo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  CR. No. 05-0161 OWW
                           )
          Plaintiff,       )
                           )  ORDER
     vs.                   )
                           )
JUAN TREJO,                )
                           )
          Defendant.       )

At the July 9, 2007 hearing on the defense In Limine Motions the Court made the following findings and rulings.

Having considered the defense motion regarding no notice of Rule 404 (b) Evidence and the government's response that there is none:

IT IS HEREBY ORDERED that this motion is Granted and that no rule 404 (b) Evidence will be presented by the government.

Having considered the defense motion regarding the wiretap evidence and its request not to have any inference made that the defendant was ever taped during this drug conspiracy and the government's acknowledgement (as well as the investigating officer's) that it had no evidence that the defendant's voice was captured on the wiretap:

-1-

IT IS HEREBY ORDERED that this motion is Granted and the government not infer that there are recorded calls with the defendant's voice on them. unless a foundation can be laid establishing identity of the voice. /s/ OWW

Having considered the defense motion to exclude evidence regarding how other defendants resolved their cases by pleading guilty unless they testify in this matter:

IT IS HEREBY ORDERED that this motion is GRANTED.

Having considered the defense motion regarding the 110 pounds of marijuana alleged to have been brought in the vehicle the defendant was riding in:

IT IS HEREBY ORDERED that this motion is DENIED. The Court will listen closely to the foundation for such evidence.

Dated July 13, 2007

/s/ Oliver W. Wanger

OLIVER W. WANGER
Senior U.S. District Judge

-2-