

FILED
JUL 18 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-CR-0161 OWW |
| Plaintiff, ) | JUDICIAL NOTICE |
| v. ) | |
| JUAN TREJO, ) | |
| Defendant. ) | |

You may accept as proved the fact that the distance between San Luis, Arizona and Fresno, California (via Indio, California) is approximately:

507 miles.

You may accept as proved the fact that the driving time between San Luis, Arizona and Fresno, California (via Indio, California), driving within the legal speed limits, is approximately:

7 hours, 35 minutes.

DATED: July 18, 2007

_____
OLIVER W. WANGER
U.S. District Judge