BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655

Attorney for Juan Trejo

FILED

OCT 0 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. 05-0161 OWW |
|---|---|
| Plaintiff, | ) STIPULATION RE: ) BAIL AND ORDER |
| vs. | ) |
| JUAN TREJO, | ) |
| Defendant. | ) |

It is hereby stipulated between the parties that the $5,000 cash bail the defendant's mother, Patricia Velazquez Sanchez, posted in this case may be returned to her as the defendant has been remanded. Her address is: P.O.Box 9417, San Luis, Ariz. 85349.

Dated: October 3, 2007               /s/ Barbara Hope O'Neill
                                     Barbara Hope O'Neill
                                     Attorney for Juan Trejo


Dated: October 3, 2007               /s/ Karen A. Escobar
                                     Karen A. Escobar
                                     Assistant U.S. Attorney

-1-

## ORDER

IT IS SO ORDERED that the cash bail posted in this case be returned.

Dated: October __3__, 2007

_____
Oliver W. Wanger
Senior U.S. District Judge