UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:05-cr-0161 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| **JUAN TREJO,** | ) | PASSPORTS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having been remanded to custody in this matter;

IT IS HEREBY ORDERED that the Passports posted in this matter be returned to the defendant or their representative.

**Passport No.:**  01100112961 and 04100008408

**Receipt No.:**  101-7940 and 101-7941

IT IS SO ORDERED.

**Dated:   January 23, 2008**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE